# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| RALPH BYRD COOPER, JR., | ) |
| *Petitioner*, | ) Case No. 2:17-cv-23 |
| v. | ) Judge Travis R. McDonough |
| RANDY LEE, | ) Magistrate Judge Cynthia R. Wyrick |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, Petitioner's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED**, and this action is **DISMISSED.** The Clerk is **DIRECTED** to close the case.

Additionally, for the reasons set forth in the accompanying memorandum opinion, a Certificate of Appealability will **NOT ISSUE**. Therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ John Medearis
   CLERK OF COURT